FEIST v. WEINGARTEN BROS. PRICE v. WESTERN DISTILLERY CO. COHEN v. KOSTER. (Supreme Court, Appellate Division, First Department. November 13, 1908.)

Actions by Solomon Feist against Weingarten Bros., by Anderson Price against the Western Distillery Company, and by Isidor W. Cohen against William Koster, Jr. No opinions. Applications denied, with $10 costs. Orders signed. See, also, 111 N. Y. Supp. 848; 60 Misc. Rep. 65, 111 N. Y. Supp. 673.